# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENÉ ELLIS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　　Respondent. | Case No. CV 09-06461 DMG (JC)<br><br>**JUDGMENT** |

　　　In accordance with the Order Adopting in Part the Report and Recommendation of the United States Magistrate Judge, filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED:   July 20, 2010

　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE